# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ALIDA M. CURTIS,**
**on behalf of L.B.**
    Plaintiff
    vs.                **CASE NUMBER: 3:12-CV-1531 (GTS)**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's motion for judgment on the pleadings is DENIED. It is further ORDERED that Plaintiff's motion for judgment on the pleadings is GRANTED. It is further ORDERED that Defendant's decision denying disability benefits is REMANDED to the Commissioner pursuant to 42 U.S.C. 405(g), 1383(c)(3) and for further proceedings consistent with the Decision and Order of the Honorable Judge Glenn T. Suddaby, dated the 27th day of January, 2014.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 27th day of January, 2014.

DATED: January 27, 2014

                                                      Clerk of Court

                                      By: s/ Nicole Killius
                                          Deputy Clerk